UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUANE BEDFORD,<br>　　　　　　Petitioner,<br><br>　　　v.<br><br>SUPERINTENDENT, SCI RETREAT;<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA; and<br>THE DISTRICT ATTORNEY OF THE<br>COUNTY OF PHILADELPHIA,<br>　　　　　　Respondents. | No. 2:16-cv-02948 |

# O R D E R

**AND NOW**, this 29th day of August, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Petitioner's Objections, ECF No. 20, to the Report and Recommendation are **OVERRULED**.
2. The Report and Recommendation, ECF No. 18, is **APPROVED** and **ADOPTED**.
3. The Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED and DISMISSED with prejudice**.
4. This case is **CLOSED**.
5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge